USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  July 3, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP SULLIVAN, JR.,
on behalf of himself
and all others similarly situated,

                    Plaintiff,

-against-

SLACK INCORPORATED,

                    Defendant.

Case No.:  118-cv-02181

**STIPULATION AND ORDER DISMISSING
THE ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41 of the Federal Rules of Civil

Procedure, that this action is dismissed with prejudice and without costs as to either party.

For the Defendant:

By: _____
Ellen Rosen Rogoff, Esq.
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103
Telephone: (215) 564-8058
Fax: (215) 564-8120
erogoff@stradley.com

            and

Dustin P. Mansoor, Esquire (DM4039)
Stradley Ronon Stevens & Young, LLP
100 Park Avenue, Suite 2000
New York, NY 10017
Telephone: 212.812.41354
Fax: 646.682.7180

Date: _____6 / 28 / 2018_____

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: _____6 / 28 / 18_____

**(CONTINUED  ON NEXT PAGE)**

SO ORDERED:

_____
U.S.D.J.

Dated  July 3, 2018
_____